DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAROLD HUNT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1621

[March 4, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 11-007506CF10A.

Harold Hunt, Monticello, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

*            *            *

***Not final until disposition of timely filed motion for rehearing.***